No. 72–6074. GARDNER *v.* DECKER, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 72–6079. FREEMAN *v.* LOCKHART, CORRECTION SUPERINTENDENT. C. A. 8th Cir. Certiorari denied.

No. 72–6081. STOKES *v.* HARLAN ET AL. Ct. App. Ky. Certiorari denied.

No. 72–6098. GUTHRIDGE *v.* CONNECTICUT. Sup. Ct. Conn. Certiorari denied.

No. 72–6103. COONS *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 72–6104. GONZALEZ *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 72–6107. JOHNSON *v.* NORTH CAROLINA ET AL. C. A. 4th Cir. Certiorari denied.

No. 72–6111. LOGAN *v.* BUTLER, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.

No. 72–6118. BALDWIN *v.* CARDWELL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 72–6123. HOWARD *v.* VINCENT, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.

No. 72–6130. COMBS *v.* CARDWELL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 72–6132. SWINICK *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 72–6134. SPENCER *v.* TURNER, WARDEN. C. A. 10th Cir. Certiorari denied.